IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HOUSTON SMITH and NOREEN SMITH | )<br>)<br>) |
| Plaintiffs | ) No. 5:23-CV-556-FL<br>) |
| v. | )<br>) |
| TODD UPDEGRAFF | )<br>) |
| Defendant | ) |

ORDER

Plaintiffs Houston Smith and Noreen O'Kane Smith have filed a Consent Motion to Dismiss One Plaintiff Only, namely Noreen O'Kane Smith, pursuant to Federal Rule of Civil Procedure 41(a).

After review of the plaintiffs' motion, and in light of the defendant's consent thereto, the motion is GRANTED, and all claim(s) presented by plaintiff Noreen O'Kane Smith are dismissed. The claim(s) presented by Plaintiff Houston Smith remain OPEN, and shall proceed in due course.

SO ORDERED, this 26th day of November, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge